IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THOMAS SAVAGE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:06-cv-196 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] to reverse and remand the Social Security Commissioner's final decision to deny Plaintiff benefits pursuant to Sentence Four of § 405(g) for further development of the record. No Objection to the Recommendation has been timely filed, and this Court, having considered the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **REVERSED and REMANDED**.

**SO ORDERED**, this 25th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH